IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rodriguez, Robert | Case Number: 08 B 13457 |
|---|---|---|
| | Rodriguez, Maria | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | Filed: 5/27/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | US Bank | Secured | 12,000.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 46,500.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 25.90 | 0.00 |
| 4. | American Express Travel Relate | Unsecured | 3.26 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 34.26 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 117.47 | 0.00 |
| 7. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 8. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 9. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 10. | Harris & Harris | Unsecured | | No Claim Filed |
| 11. | Lighthouse Financial Group | Unsecured | | No Claim Filed |
| 12. | MRSI | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | US Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 58,680.89 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rodriguez, Robert<br>Rodriguez, Maria<br>Printed: 9/9/08 | Case Number:  08 B 13457<br>Judge:  Hollis, Pamela S<br>Filed:  5/27/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

